IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARY DIMARACK,

     Plaintiff,

v.                                                                                    Civil Action No. **3:24CV612**

RIVERSIDE REGIONAL JAIL STAFF/SECURITY/
INVESTIGATIONS/INTERNAL AFFAIRS, *et al.*,

     Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on September 6, 2024, the Court conditionally docketed

Plaintiff's action. On September 26, 2024, the United States Postal Service returned the September

6, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," "ATTEMPTED –

NOT KNOWN," and "UNABLE TO FORWARD." (ECF No. 4.) Since that date, Plaintiff has

not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and

provide a current address indicates her lack of interest in prosecuting this action. *See* Fed. R. Civ.

P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/

John A. Gibney, Jr.
Senior United States District Judge

Date: 7 October 2024
Richmond, Virginia